ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Umran Hashemi Construction Company | ) ASBCA No. 60889 |
| | ) |
| Under Contract No. W91B4M-10-C-4036 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Eng. Michael
                                  CEO

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   MAJ Christopher C. Cross, JA
                                   Trial Attorney

ORDER OF DISMISSAL

By correspondence dated 22 November 2016, appellant indicated that it desires to submit its claim to the contracting officer for a decision and requested the contracting officer's contact information. The government provided appellant with the contact information for the cognizant contracting officer and appellant submitted a claim to the contracting officer. By Order dated 1 December 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to any appeal from the contracting officer's final decision or deemed denial of the contractor's claim.

Dated: 3 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60889, Appeal of Umran Hashemi Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
